VIRGINIA P. G. BENJAMIN, Appellant, *v.* HENRY R. BENJAMIN, Respondent.

Argued November 21, 1950; decided January 11, 1951.

*Bruce Bromley* and *Maurice Rosenberg* for appellant.
*Edward J. Bennett* and *Harold H. Corbin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.